# In the United States District Court for the Southern District of Georgia Waycross Division

| | | |
|---|---|---|
| IDDRIS LATIF, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:17-cv-69 |
| v. | * | |
| PATRICK GARTLAND, | * | |
| Respondent. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 14, to which Petitioner Iddris Latif ("Latif") failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Latif's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, **DENIES** Latif's Motion to Grant Relief, and **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal.

The Court also **DENIES** Latif *in forma pauperis* status on appeal.

**SO ORDERED**, this 19 day of September, 2017.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)